Commonwealth *v.* Brink, Appellant.

Submitted November 13, 1972. *Simon B. John,* Assistant Public Defender, for appellant; *Lawrence D. McDaniel,* Assistant District Attorney, and *Richard D. Cicchetti,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence of two to four years on the conviction of prison breach at No. 246 of 1971, is affirmed.

The district attorney being in agreement, the record is remanded for resentence on the conviction of unlawful entry at No. 320½ of 1971.